AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 8/26/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Alejandro Pedroza-Garcia,<br>A #086 837 749<br><br>*Defendant* | ) ) ) ) ) ) | Case No. 25-3323MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 8, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Alejandro Pedroza-Garcia, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 13, 2024, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

SUZANNE GUERIN *Digitally signed by SUZANNE GUERIN Date: 2025.08.27 07:02:07 -07'00'*

AUTHORIZED BY: Suzanne Guerin, P.S. for AUSA

☒ Continued on the attached sheet.

JUAN M AGUIRRE *Digitally signed by JUAN M AGUIRRE Date: 2025.08.27 09:46:14 -07'00'*
_____
*Complainant's signature*

Juan M. Aguirre
ICE Deportation Officer
_____
*Printed name and title*

Sworn to telephonically.

Date: August 27, 2025

M Morrissey
_____
*Judge's signature*

City and state: Phoenix, Arizona

Michael T. Morrissey
United States Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Juan M. Aguirre, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about August 8, 2025, officers with the Surprise Police Department (SPD) arrested and booked Alejandro Pedroza-Garcia into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Pedroza-Garcia was confined at the MCJ, ICE agents interviewed him and determined him to be a citizen of Mexico. On or about the same date, an immigration detainer was lodged with the MCJ for Pedroza-Garcia. On or about August 26, 2025, Pedroza-Garcia was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Pedroza-Garcia was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Alejandro Pedroza-Garcia to be a citizen of Mexico and a previously deported alien. Pedroza-Garcia was removed from the United States to Mexico, through Nogales, Arizona, on or about September 13, 2024, pursuant to a final order of removal issued by an immigration judge. There is no record of

Pedroza-Garcia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Pedroza-Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. On or about August 26, 2025, Alejandro Pedroza-Garcia was advised of his constitutional rights. Pedroza-Garcia freely and willingly acknowledged his rights but did not agree to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 8, 2025, Alejandro Pedroza-Garcia , an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about September 13, 2024, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable

cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

JUAN M AGUIRRE
Digitally signed by JUAN M AGUIRRE
Date: 2025.08.27 09:47:03 -07'00'

Juan M. Aguirre
Deportation Officer
Immigration and Customs Enforcement


Sworn to telephonically on
August 27, 2025

M Morrissey

Michael T. Morrissey
United States Magistrate Judge

3